**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SANDRO MANUEL ESPINOZA LOPEZ,

                              Petitioner,               26 **CIVIL** 0345 (JHR)

     -against-                                **JUDGMENT**

KRISTI NOEM et al.,

                            Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion dated February 02, 2026, the petition is denied in its entirety;

accordingly, the case is closed.

**DATED:**  New York, New York
           February 5, 2026

                                  **TAMMI M. HELLWIG**
                                  _____
                                  **Clerk of Court**

                 BY:         _____
                                  **Deputy Clerk**